UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHLOE PEDROZA,

   *Plaintiff*,

v.                                                                Case No.

NATHANIEL WALROP; DIXI
ROMERO ORTIZ; WALDROP
INVESTMENT GROUP LLC; EM
INVESTMENT LLC; and NATIXI
INVESTMENTS LLC,

   *Defendants*.
_____/

**COMPLAINT
AND DEMAND FOR JURY TRIAL**

**Introduction**

1.    This is a housing harassment case. Nathaniel Waldrop and Dixi Romero Ortiz, a married couple, operate a residential rental business in the Orlando area. The business holds properties in their names and in the names of several limited liability companies. After Waldrop and Ortiz rented a home to Pedroza and her family, Waldrop began sexually harassing Pedroza. Ortiz learned about the harassment and retaliated against Pedroza. Pedroza now sues to recover for her injuries.

1

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

## Jurisdiction & Venue

2. This court has subject-matter jurisdiction over this case under 28 U.S.C. § 1331 because of Pedroza's federal Fair Housing Act claim.

3. This court has subject-matter jurisdiction over Pedroza's remaining claims under 28 U.S.C. § 1367 because they arise from the same facts as her federal claim.

4. Venue is proper in this judicial district because the relevant events occurred in Orange County and the individual parties reside in Orange and Osceola County.

## Parties

5. Plaintiff Chloe Pedroza is a person living in Orlando, Florida.

6. Defendant Nathaniel Waldrop is a person living in Saint Cloud, Florida.

7. Defendant Dixi Ortiz Romero is a person living in Saint Cloud, Florida.

8. Defendant Waldrop Investment Group LLC is a Florida limited liability company owned and controlled by Waldrop and Ortiz.

9. Defendant EM Investment LLC is a Delaware limited liability company owned and controlled by Waldrop and Ortiz.

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

10. Defendant Natixi Investments LLC is a Delaware limited liability company owned and controlled by Waldrop and Ortiz.

## Allegations

*Waldrop's and Romero Ortiz's Rental Business Partnership*

11. Nathaniel Waldrop and Dixi Romero Ortiz were married during the years relevant here, 2020-2022.

12. Together Waldrop and Ortiz run a residential rental property business in the Orlando area.

13. Waldrop and Ortiz own some properties in their own names and some properties in the names of limited liability companies, like Waldrop Investment Group LLC, EM Investments LLC, and Natixi Investments LLC (collectively "the Companies").

14. Waldrop, Ortiz, and the Companies are in the rental business together to turn a profit.

15. On information and belief, Waldrop, Ortiz, and the Companies each participate in the operation of the rental business.

16. On information and belief, Waldrop, Ortiz, and the Companies each share profits and losses from the business.

17. Under state law, Waldrop, Ortiz, and the Companies have therefore formed a general partnership (the "Partnership").

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

*Chloe Pedroza*

18.     Pedroza is a mother of three young children.

19.     She is married to Syncere Rahmzas:



*Waldrop Harasses Pedroza*

20.     Several years ago, a bank foreclosed on the condo Pedroza was renting for her family.

21.     The Partnership became the family's landlord when it bought that condo out of foreclosure.

22.     Later, Pedroza and her family moved to another condo located at 4757 S Texas Ave, another of the Partnership's properties.

23.     Waldrop located Pedroza on Facebook and, on April 15, 2020, began sending messages through Facebook Messenger to Pedroza.

4

24. Rather than collect rent by more convenient means, Waldrop told Pedroza that he liked to see his tenants in person, explaining that he "usually see[s] [his] tenants when [he] collect[s] rent … ."

25. On September 30, 2020, Pedroza asked Waldrop about renewing her lease. Pedroza responded by asking Waldrop, who owns over 30 properties, if he had any 3-bedroom rentals available, as her son was getting older and wanted his own room. Waldrop said he didn't have any three-bedroom properties available but also told her "[w]e will see … ."

26. Pedroza lost her job and soon began making late payments and partial payments for rent.

27. Around that time, Waldrop began sending inappropriate messages to Pedroza.

28. On January 8, 2021, Waldrop asked if Pedroza had a "side dude."

29. On February 15, 2021, Waldrop told Pedroza that he was going to a strip club.

30. Two days later, Waldrop asked Pedroza, "What's the craziest thing you ever done in your life?"

31. On May 15, 2021, Waldrop asked Pedroza what she was getting him for his birthday. Pedroza replied "rent money on time," and Waldrop responded, "Ha you gotta do that regardless looking for something special."

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

32. On June 24, 2021, Waldrop asked Pedroza, ". . . are you alone today[?]"

33. On July 7, 2021, Waldrop sent Pedroza a picture of a woman wearing a bikini top, asking if Pedroza thought the woman was "real or fake."

34. Waldrop later told Pedroza that the person who sent the picture to him knew he was "a big fan of boobs."

35. On July 23, 2021, Waldrop messaged Pedroza a photo of Pedroza that she had posted to Facebook. Waldrop asked Pedroza if she was alone and told her "[n]ot gonna lie that's hot." Pedroza did not respond.

36. On August 16, 2021, Waldrop sent a message to Pedroza saying that she had "his weakness" and asked her a to send a "photo between us only." Pedroza declined, and pointed out that Waldrop was married.

37. Waldrop then asked Pedroza to "keep our secret."

38. Waldrop sent Pedroza over 60 messages on October 6, 2021, many of them overtly sexual.

39. Waldrop asked to video chat and then told Pedroza, "I have a little crush on ya."

40. He asked if they could "work something out" and offered "$200 to see [Pedroza's] boobs" and "200 cash" for two pictures.

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

41. Waldrop told Pedroza, "We need to work out something one day so I can get a taste."

42. Pedroza declined Waldrop's advances, describing it as "cheating [f]or real."

43. Waldrop then offered Pedroza $1000 for the "taste" he had asked for before. Pedroza again declined.

44. Waldrop then offered Pedroza $2,000 and, after another denial, $3,000.

45. Waldrop explicitly offered Pedroza a house in exchange for sex, saying he would make her life "a dream . . . big house Mercedes . . ." if she said yes. Pedroza declined.

46. Still on October 6, 2021, Waldrop asked if Pedroza "masturbate[s] often."

47. Waldrop asked for "a chance for a one time deal." Pedroza replied, "I can't."

48. To try to end the conversation, Pedroza told Waldrop that her kids were then going to use her phone.

49. Undeterred, Waldrop wrote that "it wouldn't be a bad time for your husband to go out of town or jail … ."

7

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

50. On October 7, 2021, Waldrop continued, writing to Pedroza, "I want you pretty bad." Pedroza did not respond.

51. Waldrop messaged Pedroza every day from October 8, 2021 to October 15, 2021.

52. Pedroza did not respond until October 15, 2021, when Waldrop messaged to say he had received her rent payment. Pedroza then told Waldrop she hadn't gotten a job she'd applied for and that she "really want[ed] to work with kids … ." Waldrop replied, "I wanna work with you and make kids."

53. Later, Waldrop wrote, "Damn your so hot."

54. After these last two comments, Pedroza stopped responding.

55. Undeterred, Waldrop then messaged Pedroza every day for the next six days, despite no responses from Pedroza.

56. Waldrop's messages made Pedroza feel degraded, objectified, and humiliated.

57. Pedroza was also frustrated and afraid. When Waldrop began sending inappropriate messages, she wanted tell him off and cut him out of her life immediately. But she did not feel like she could do so because he was her landlord and she feared that doing so would jeopardize her family's housing. Pedroza worried that, if she reacted as strongly as she felt, Waldrop might evict her, her children, and Rahmzas.

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

*Ortiz Retaliates*

58. Ortiz somehow learned about Waldrop's messages to Pedroza and, on December 20, 2021, contacted Pedroza on Facebook Messenger.

59. Ortiz wrote: "I am not surprised by my husband because I found him being unfaithful with many women he met on Facebook … ."

60. Despite this knowledge, Ortiz and the Companies had failed to warn Pedroza or do enough to prevent Waldrop from harassing Pedroza.

61. Pedroza responded the same day, telling Ortiz "I told him to stop multiple times … ."

62. Ortiz accused Pedroza of being complicit, to which Pedroza responded: "[Waldrop] did make a advance but it was denied and my husband was very much aware."

63. Pedroza explained that she wanted to tell Ortiz, but that the whole situation made her worried about losing her family's home: "I really don't want to get involved," she wrote. "I didn't want to tell you because I was scared it was going to flip on me somehow and this is the only home I have for my children." She didn't "want to risk [her] home for [her] kids."

64. Ortiz then stated that she is "the only one who can decide" if the situation would risk Pedroza's home and that "[her] husband will not put [Pedroza] out if [Ortiz didn't say] so."

65. Ortiz knew that Pedroza had been speaking with Waldrop about moving to a larger home owned by the Company.

66. After she found out about the harassment, Ortiz retaliated against Pedroza by denying Pedroza the larger home Pedroza wanted for her family: "[A]nswering your answer to if I will give you a 3 bedroom house, no" because "according to [Waldrop, Pedroza was] his little friend … ."

67. Pedroza realized that Ortiz was angry and believed that Ortiz might, not just deny Pedroza's family a larger home, but also evict them from their current home.

68. Fearing this, Pedroza immediately began looking for a new place to live but it took several months to find a place her family could afford.

69. The new home she ultimately found was not as good as the home she was renting from the Partnership. Among other things, the new home is in a less desirable neighborhood.

70. The whole ordeal caused Pedroza emotional distress that caused bodily injury in the form of headaches, stomach aches, and other ailments.

## Claims for Relief

*Count I – Federal Fair Housing Act*

71. Pedroza incorporates all other allegations here.

10

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

72. The Partnership injured Pedroza by committing discriminatory housing practices in violation of the federal Fair Housing Act.

73. Pedroza is therefore entitled to compensatory damages, punitive damages, declaratory relief, attorneys' fees and costs.

74. Each member of the Partnership is directly liable, vicariously liable, or liable based on state partnership law for each member's discriminatory housing practices.

*Count II – Florida Fair Housing Act*

75. Pedroza incorporates all other allegations here.

76. The Partnership injured Pedroza by committing discriminatory housing practices in violation of the Florida Fair Housing Act.

77. Pedroza is therefore entitled to compensatory damages, punitive damages, declaratory relief, attorneys' fees and costs.

78. Each member of the Partnership is directly liable, vicariously liable, or liable based on state partnership law for each member's discriminatory housing practices.

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

*Count III - Negligence*

79. Pedroza incorporates all other allegations here.

80. Each member of the Partnership had a duty to the Partnership's tenants to protect the tenants from sexual harassment from those working in the Partnership's rental business.

81. Each member of the Partnership breached that duty, leading to Waldrop's Harassment of Pedroza.

82. Waldrop's harassment of Pedroza injured Pedroza.

**Prayer for Relief**

83. Pedroza prays for a judgment with the following relief:

   a. Compensatory damages,

   b. Punitive damages,

   c. Attorneys' fees and costs,

   d. Pre- and post- judgment interest,

   e. Declaratory relief, and

   f. All other relief that the court finds just.

Dated: August 12, 2022                  Respectfully submitted,


                                        *Chloe Pedroza*
                                        Signer ID: LE57PGDNJ8...

                                        Chloe Pedroza

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

By and through her attorneys:

/s/ Morgan Cardinal
MORGAN CARDINAL
Florida Bar No. 117645
Community Legal Services of Mid-Florida
122 E. Colonial Drive, Suite 200
Orlando, Florida
Phone: 407-322-6279
Primary email: morganc@clsmf.org
Secondary email: sandrac@clsmf.org

/s/ Thomas R. Kayes
Thomas R. Kayes
Illinois Bar No. 635461*
tom@civilrightsgroup.com
THE CIVIL RIGHTS GROUP, LLC
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
t. 708-722-2241

Attorneys for Plaintiff

*Pro Hac Vice Application Forthcoming

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

**Jury Demand**

Plaintiff Chloe Pedroza demands a trial by jury.

Dated: August 12, 2022     Respectfully submitted,

/s/ Morgan Cardinal
MORGAN CARDINAL
Florida Bar No. 117645
Community Legal Services of Mid-Florida
122 E. Colonial Drive, Suite 200
Orlando, Florida
Phone: 407-322-6279
Primary email: morganc@clsmf.org
Secondary email: sandrac@clsmf.org

/s/ Thomas R. Kayes
Thomas R. Kayes
Illinois Bar No. 635461*
tom@civilrightsgroup.com
THE CIVIL RIGHTS GROUP, LLC
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
t. 708-722-2241

Attorneys for Plaintiff

*Pro Hac Vice Application Forthcoming

Document ID: 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf

# Signature Certificate

Envelope Ref: e163269c515aeb7e82589fdaa97b96819bd479d6

| | | | | |
|---|---|---|---|---|
| Author: | Morgan Cardinal | Creation Date: 12 Aug 2022, 16:22:25, EDT | Completion Date: | 12 Aug 2022, 16:39:00, EDT |

## Document Details:

| | |
|---|---|
| Name: | 2022-08-12 Pedroza Complaint |
| Type: | |
| Document Ref: | 17e6c8c8293b7221720df6e3d2182d976f88fc7409afeabcf7875e7f3677cfaf |
| Document Total Pages: | 14 |
| Name: | Fee Waiver FINAL |
| Type: | |
| Document Ref: | 8d5020bc6218aa6c8cacb8c2c6d20e16a63c9adb2885f5ae25d79ce7cd03d89b |
| Document Total Pages: | 2 |
| Name: | CLSMF Agreement for Representation 8.12.22 |
| Type: | |
| Document Ref: | 1929edbbb162dc2d5d9b2cbf2672bd925a098862bd84104e9e8a05de5f6ca0e1 |
| Document Total Pages: | 6 |

## Document Signed By:

| | | |
|---|---|---|
| Name: | Chloe Pedroza | *Chloe Pedroza* |
| Email: | chloejade012412@hotmail.com | Signer ID: LE57PGDNJ8... |
| IP: | 2607:fb90:4232:ba08:6874:b380:4495:69f8 | |
| Location: | ORLANDO, FL (US) | |
| Date: | 12 Aug 2022, 16:39:00, EDT | |
| Consent: | eSignature Consent Accepted | |
| Security Level: | Email | |



**Document History:**

| | |
|---|---|
| Enveloppe Created | Morgan Cardinal created this envelope on 12 Aug 2022, 16:22:25, EDT |
| Invitation Sent | Invitation sent to Chloe Pedroza on 12 Aug 2022, 16:28:17, EDT |
| Invitation Accepted | Invitation accepted by Chloe Pedroza on 12 Aug 2022, 16:29:39, EDT |
| Signed by Chloe Pedroza | Chloe Pedroza signed this Enveloppe on 12 Aug 2022, 16:39:00, EDT |
| Executed | Document(s) successfully executed on 12 Aug 2022, 16:39:00, EDT |
| Signed Document(s) | Link emailed to chloejade012412@hotmail.com |
| Signed Document(s) | Link emailed to morganc@clsmf.org |

